Carol Commissiong, Plaintiff-Appellant,
against
IH Preservation Partners LLP, Defendant-Respondent.



Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Gerald Lebovits, J.), entered on or about December 2, 2015, after trial, in favor of defendant dismissing the action.




Per Curiam.
Judgment (Gerald Lebovits, J.), dated December 2, 2015, affirmed, without costs.
The record establishes that the trial court applied appropriate rules and principles of substantive law and accomplished "substantial justice" in dismissing plaintiff's claim for a rent overcharge (CCA 1807; see Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]). The court was warranted in concluding that plaintiff failed to submit her 2013 affidavit of household income and, as a result, defendant was warranted in increasing her rent pursuant to the terms of the governing lease documents.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 20, 2017